**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHARLES JACOB DITARANTO,**
**DARCIE A. DITARANTO,**

      **Plaintiffs,**

-vs-                                **Case No. 6:10-cv-1743-Orl-28KRS**

**PROFESSIONAL ENGINEERING**
**CONSULTANTS, INC., DAVID**
**HAMSTRA,**

      **Defendants.**
_____

## ORDER

This case is before the Court on Plaintiffs' Motion to Remand (Doc. No. 10) filed December 8, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 8, 2011 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion to Remand is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __9th__ day of March, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge